IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CLAYTON MATHEW JACKSON                                                                PLAINTIFF

v.                                          5:06CV00202GH/HLJ

ERNEST GOLDEN, et al.                                                                 DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 22nd day of September, 2006.

_____
United States District Judge